**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **SANJIB CHAKRABORTY** | ) | **CASE NO.: 26-11047-AMC** |
| | ) | **CHAPTER 13** |
| | ) | **JUDGE ASHELY M. CHAN** |
| **DEBTOR.** | ) | |
| | ) | |
| **U.S. BANK TRUST COMPANY, NATIONAL** | ) | |
| **ASSOCIATION, NOT IN ITS INDIVIDUAL** | ) | |
| **CAPACITY, BUT SOLELY AS TRUSTEE ON** | ) | |
| **BEHALF OF BCAT 2022-26TT** | ) | |
| | ) | |
| **CREDITOR** | ) | |
| | ) | |
| **SANJIB CHAKRABORTY, DEBTOR** | ) | |
| **AND KENNETH E. WEST, TRUSTEE** | ) | |
| | ) | |
| | ) | |
| **RESPONDENTS** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of

Appearance on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, not in its

individual capacity, but solely as trustee on behalf of BCAT 2022-26TT and requests that they be noticed

on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the

matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

　　　　**DATED** this 24th day of March 2026

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　/s/ Joshua I. Goldman
　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esq
　　　　　　　　　　　　　　　　　　　　Pennsylvania Bar # 205047
　　　　　　　　　　　　　　　　　　　　PADGETT LAW GROUP
　　　　　　　　　　　　　　　　　　　　6267 Old Water Oak Road, Suite 203
　　　　　　　　　　　　　　　　　　　　Tallahassee, FL 32312
　　　　　　　　　　　　　　　　　　　　(850) 422-2520 (telephone)
　　　　　　　　　　　　　　　　　　　　josh.goldman@padgettlawgroup.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Creditor*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 24th day of March 2026.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## <u>SERVICE LIST (CASE NO. 26-11047-AMC)</u>

*DEBTOR(S)*
SANJIB CHAKRABORTY
2524 STONEYBROOK LN
DREXEL HILL, PA 19026-1610

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107