**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| SANJIB CHAKRABORTY, | ) | **CASE NO.: 26-11047-AMC** |
| | ) | **CHAPTER 13** |
| DEBTOR. | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| U.S. BANK TRUST COMPANY, NATIONAL | ) | |
| ASSOCIATION, NOT IN ITS INDIVIDUAL | ) | |
| CAPACITY, BUT SOLELY AS TRUSTEE ON | ) | |
| BEHALF OF BCAT 2022-26TT, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| SANJIB CHAKRABORTY, DEBTOR, AND | ) | |
| KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, not in its individual capacity, but solely as trustee on behalf of BCAT 2022-26TT, ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtors Chapter 13 Plan, herein states and alleges as follows:

1.      This Court has exclusive jurisdiction over this proceeding. Debtor filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about March 13, 2026 and confirmation is pending with the Court.

2.      Secured Creditor holds a lien over Debtor's property described as 2524 Stoneybrook Lane, Drexel Hill, PA 19026.

3.      As of the date of filing this Objection to Confirmation, Secured Creditor's estimated secured claim is $156,794.85 and the underlying loan matures on July 1, 2052.  Secured Creditor is in the process of filing its Proof of Claim, with the approximate arrears of $15,064.51, which is above the arrearage of $12,000.00 listed on Debtor's Plan.

4.      Therefore, the plan fails 11 U.S.C. §1322 (b)(2)-(3), and pursuant to 11 U.S.C. §1325 (a)(5) the plan cannot be confirmed.

WHEREFORE, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, not in its individual capacity, but solely as trustee on behalf of BCAT 2022-26TT, prays that its Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Confirmation has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail

on this 21st day of April 2026:

*VIA U.S. MAIL*

*DEBTOR*
SANJIB CHAKRABORTY
2524 STONEYBROOK LN
DREXEL HILL, PA 19026-1610

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania, Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.Goldman@padgettlawgroup.com
*Counsel for Secured Creditor*

3