## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>   Sanjib Chakraborty,<br><br>                              Debtor. | Case No. 26-11047-AMC<br><br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on July 1, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 1, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Selene Finance LP**
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019


## Method of Service: First Class Mail

**LVNV Funding, LLC**
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

**JPMorgan Chase Bank, N.A.**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Midland Credit Management, Inc.**
P.O. Box 2037
Warren, MI 48090

**Atlas Acquisitions, LLC**
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

**Cavalry SPV I, LLC**
P.O. Box 4252
Greenwich, CT 06831

**Westlake Financial**
Attn: Ian Anderson, CEO
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010

**Portfolio Recovery Associates**
P.O. Box 41067
Norfolk, VA 23541