**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| **IN RE:**<br>**SANJIB CHAKRABORTY,**<br><br>**DEBTOR.**<br><br>**U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE ON BEHALF OF BCAT 2022-26TT,**<br><br>**CREDITOR.**<br><br>**SANJIB CHAKRABORTY, DEBTOR, AND KENNETH E. WEST, TRUSTEE**<br><br>**RESPONDENTS.** | **CASE NO.: 26-11047-AMC**<br>**CHAPTER 13**<br>**JUDGE ASHELY M. CHAN** |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**
**(This resolves docket no. 10)**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE ON BEHALF OF BCAT 2022-26TT Objection to Confirmation of Plan which was filed with this Court on or about **April 21, 2026, docket number 10.**

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this the 1st day of September 2026.

***VIA U.S. MAIL***

***DEBTOR***
SANJIB CHAKRABORTY
2524 STONEYBROOK LN
DREXEL HILL, PA 19026-1610

***VIA ELECTRONIC NOTICE***

***DEBTOR'S COUNSEL***
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

***TRUSTEE***
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

***U.S. TRUSTEE***
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*