**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**PRAECIPE TO WITHDRAW AND SUBSTITUTE**

Effective September 3, 2026, I will no longer be associated with the law firm of Padgett Law Group. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Alyk L. Oflazian, Esq., of Padgett Law Group in my place.

Date: September 2, 2026

Respectfully submitted,

By: /s/Joshua I. Goldman
Joshua I. Goldman, Esq.
Pa. ID No. 205047
Padgett Law Group
6267 Old Water Oak Rd
Tallahassee, FL 32312

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Joshua I. Goldman, Esq.

Date: September 2, 2026

By: /s/Alyk L. Oflazian
Alyk L. Oflazian, Esq.
Pa. ID No. 312912
Padgett Law Group
6267 Old Water Oak Rd
Tallahassee, FL 32312
Tel.: 850.422.2520
Email: alyk.oflazian@padgettlawgroup.com