# Select a Case

**Exhibit A**

**There was 1 matching person.**

**There were 205 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| GOLDMAN, JOSHUA I. (aty) (205 cases) | 19-10688-amc | Gabriela Jakeline Velazco | 13 | 02/04/19 | N / A | N / A |
| | 19-12255-pmm | Nicole Marie Nemeth | 13 | 04/09/19 | N / A | N / A |
| | 19-13918-djb | Vanessa Giles | 13 | 06/19/19 | N / A | N / A |
| | 19-16061-amc | Tatyna Petrosov | 13 | 09/26/19 | N / A | N / A |
| | 19-16194-pmm | Sybil V Bearam | 13 | 10/01/19 | N / A | N / A |
| | 20-10699-amc | Helen E. Reid | 13 | 02/03/20 | N / A | N / A |
| | 20-13966-pmm | Marjory J. Salazar | 13 | 10/02/20 | N / A | N / A |
| | 21-10711-pmm | Jeremy R Lehr | 13 | 03/22/21 | N / A | N / A |
| | 21-10958-pmm | Holly Elizabeth Carmona | 13 | 04/09/21 | N / A | N / A |
| | 21-11041-amc | David Brotschul | 13 | 04/16/21 | N / A | N / A |
| | 21-11624-amc | Michael J. Gasiewski | 13 | 06/08/21 | N / A | N / A |
| | 21-11792-djb | Shane C Wenner | 13 | 06/25/21 | N / A | N / A |
| | 21-11888-djb | Ha T. Luu | 13 | 07/05/21 | N / A | N / A |
| | 21-11963-djb | Ralph L. Major | 13 | 07/15/21 | N / A | N / A |
| | 21-12120-pmm | Carl Albert Veno and Linda Susan Luther-Veno | 13 | 07/29/21 | N / A | N / A |
| | 21-12127-djb | Renee D. Sharpe | 13 | 07/30/21 | N / A | N / A |
| | 21-12205-djb | Leonard J. Mainiero and Roberta K Mainiero | 13 | 08/11/21 | N / A | N / A |
| | 21-13390-pmm | Brian K. Fisher and Vicky Ellen Fisher | 13 | 12/28/21 | N / A | N / A |
| | 22-10213-djb | Marta Gierbolini-Perez | 13 | 01/27/22 | N / A | N / A |
| | 22-10451-pmm | Lawrence W. Gill | 13 | 02/24/22 | N / A | N / A |
| | 22-10453-pmm | Arlene Scheirer | 13 | 02/24/22 | N / A | N / A |
| | 22-11268-pmm | Julia B. Marcelli | 13 | 05/17/22 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 22-11545-amc | Richard E. DiSimone | 13 | 06/14/22 | N / A | N / A |
| 22-11620-amc | Frank A. Penna and Lisa Paone Penna | 13 | 06/22/22 | N / A | N / A |
| 22-11622-djb | Rodger A. Woodruff, II | 13 | 06/22/22 | N / A | N / A |
| 22-12114-djb | Phillip A Burch and Kimberley N Burch | 13 | 08/12/22 | N / A | N / A |
| 22-12162-pmm | Brandon W. Weiss | 13 | 08/17/22 | N / A | N / A |
| 22-12349-pmm | Sharon Cuff | 13 | 09/07/22 | N / A | N / A |
| 22-12355-pmm | Miriam A. Petresky | 13 | 09/07/22 | N / A | N / A |
| 22-12404-pmm | Betty A. Roscher | 13 | 09/10/22 | N / A | N / A |
| 22-12599-pmm | Jose Daniel Vargas, Sr. | 13 | 09/28/22 | N / A | N / A |
| 22-13268-djb | Regina Patrisha Hall | 13 | 12/06/22 | N / A | N / A |
| 23-10254-pmm | Erin L. Stouffer | 13 | 01/27/23 | N / A | N / A |
| 23-10350-pmm | Maria I Vazquez | 13 | 02/07/23 | N / A | N / A |
| 23-10476-amc | Elizabeth A. Freeman | 13 | 02/17/23 | N / A | N / A |
| 23-10607-amc | Chakaire R. Sanders | 13 | 03/01/23 | N / A | N / A |
| 23-10618-djb | Bryan McGraw | 13 | 03/02/23 | N / A | N / A |
| 23-10794-djb | Collette Thornton | 13 | 03/20/23 | N / A | N / A |
| 23-10964-djb | Monique N. Wells | 13 | 04/01/23 | N / A | N / A |
| 23-11162-amc | Carl Brown | 13 | 04/23/23 | N / A | N / A |
| 23-11415-amc | Stephanie Teagle | 13 | 05/15/23 | N / A | N / A |
| 23-11446-amc | Regina F Dicianno | 13 | 05/17/23 | N / A | N / A |
| 23-11682-pmm | Harold H Powell and Jeanne Powell | 13 | 06/08/23 | N / A | N / A |
| 23-11759-pmm | Ronald E Whitekettle | 13 | 06/15/23 | N / A | N / A |
| 23-11786-pmm | Douglas David Hann | 13 | 06/19/23 | N / A | N / A |
| 23-11826-amc | Robert Itri and Tammy Itri | 13 | 06/22/23 | N / A | N / A |
| 23-12062-amc | Tyra D. Coleman | 13 | 07/12/23 | N / A | N / A |
| 23-12220-pmm | Alissa Nicole Malcolm | 13 | 07/26/23 | N / A | N / A |
| 23-12339-amc | Wayne A Rombach | 13 | 08/03/23 | N / A | N / A |
| 23-12429-djb | John P. McMullen | 13 | 08/14/23 | N / A | N / A |
| 23-12496-djb | Anthony S Bruttaniti | 13 | 08/22/23 | N / A | N / A |
| 23-13240-pmm | James A. Dodson, III | 13 | 10/27/23 | N / A | N / A |
| 23-13259-pmm | Rommel Sierra | 13 | 10/29/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-13406-amc | Alex B. Holtzin and Melissa J. Holtzin | 13 | 11/09/23 | N / A | N / A |
| 23-13539-djb | Lisa J Lang and John G Lang | 13 | 11/21/23 | N / A | N / A |
| 24-10046-amc | Angela L. Ancrum | 13 | 01/08/24 | N / A | N / A |
| 24-10152-amc | John P. Dehaven | 13 | 01/17/24 | N / A | N / A |
| 24-10210-pmm | Oronde Kwesi Isaac | 13 | 01/23/24 | N / A | N / A |
| 24-10244-djb | Coleman A Green | 13 | 01/26/24 | N / A | N / A |
| 24-10419-pmm | Shana E. Rutan | 13 | 02/08/24 | N / A | N / A |
| 24-10600-pmm | Robert Eugene Marks | 13 | 02/23/24 | N / A | N / A |
| 24-10667-pmm | Molly Mastrangelo | 13 | 02/29/24 | N / A | N / A |
| 24-10772-pmm | Cynthia M. Farrior | 13 | 03/06/24 | N / A | N / A |
| 24-10873-pmm | Curtis L. DeTurk and Mary A. DeTurk | 13 | 03/15/24 | N / A | N / A |
| 24-11249-amc | Tracy Best | 13 | 04/12/24 | N / A | N / A |
| 24-11448-amc | Anthony J. Costanzo and Kimberly A. Katchen-Costanzo | 13 | 04/30/24 | N / A | N / A |
| 24-11673-pmm | Emmaivette Vasquez | 13 | 05/16/24 | N / A | N / A |
| 24-11909-pmm | Shahzada N. Butt | 13 | 06/04/24 | N / A | N / A |
| 24-12162-amc | Merlyn Y Sears | 13 | 06/24/24 | N / A | N / A |
| 24-12367-amc | Thomas R Krug | 13 | 07/10/24 | N / A | N / A |
| 24-12403-amc | Andrea Lange | 13 | 07/12/24 | N / A | N / A |
| 24-12449-pmm | Laura Lynn Molnar | 13 | 07/16/24 | N / A | N / A |
| 24-12606-pmm | Joshua Allen Noone and Andrea Lynn Noone | 13 | 07/29/24 | N / A | N / A |
| 24-12804-pmm | Terry Lee Brossman, Jr. and Kimberly Michele Brossman | 13 | 08/09/24 | N / A | N / A |
| 24-12904-amc | Michael Brennan and Raffael A Tuck-Brennan | 13 | 08/20/24 | N / A | N / A |
| 24-12938-pmm | Michael L Hein and Donna M Hein | 13 | 08/22/24 | N / A | N / A |
| 24-12939-amc | William C. Bredbenner and Rachel Beth Greisler | 13 | 08/22/24 | N / A | N / A |
| 24-12969-amc | Corlisa M Richardson | 13 | 08/26/24 | N / A | N / A |
| 24-13005-pmm | Herson Cuarto | 13 | 08/28/24 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-13106-amc | Daniel R. Wilson | 13 | 09/03/24 | N / A | N / A |
| 24-13133-pmm | Ronald Gary Waltman | 13 | 09/05/24 | N / A | N / A |
| 24-13181-pmm | Barry L. James, Jr | 13 | 09/09/24 | N / A | N / A |
| 24-13347-amc | Darlene M Kleinschmidt | 13 | 09/19/24 | N / A | N / A |
| 24-13398-pmm | Robert R. Millar | 13 | 09/23/24 | N / A | N / A |
| 24-13669-pmm | Tracie Lynn Cascarella | 13 | 10/14/24 | N / A | N / A |
| 24-13924-djb | Donald J Nath, Jr. | 13 | 10/31/24 | N / A | N / A |
| 24-13956-amc | Jeremy Lee Reed | 13 | 11/01/24 | N / A | N / A |
| 24-13996-djb | Rebecca Jo Long | 13 | 11/06/24 | N / A | N / A |
| 24-14033-pmm | Mia Felice Martinez | 13 | 11/08/24 | N / A | N / A |
| 24-14036-amc | Sebastian A. Gonzalez | 13 | 11/08/24 | N / A | N / A |
| 24-14167-pmm | Cathy Anne Riley | 13 | 11/20/24 | N / A | N / A |
| 24-14334-djb | Cinquetta N. Taylor | 13 | 12/05/24 | N / A | N / A |
| 24-14337-pmm | Jonathan David Rinehimer | 13 | 12/05/24 | N / A | N / A |
| 24-14425-pmm | Heidi Lei Schoenly | 13 | 12/11/24 | N / A | N / A |
| 24-14529-pmm | Johanna Ramos | 13 | 12/19/24 | N / A | N / A |
| 25-10293-amc | Erika D. Wines | 13 | 01/23/25 | N / A | N / A |
| 25-10312-amc | Denise Michelle Porter | 13 | 01/24/25 | N / A | N / A |
| 25-10584-djb | Andrew C. Boney | 13 | 02/13/25 | N / A | N / A |
| 25-10668-amc | Katerina A. Archangorodskaja | 13 | 02/20/25 | N / A | N / A |
| 25-10746-pmm | Abeer M. Mourra | 13 | 02/25/25 | N / A | N / A |
| 25-10792-pmm | Amy Alexandra Markley | 13 | 02/27/25 | N / A | N / A |
| 25-10823-amc | Leonard Gamble, Jr. | 13 | 02/28/25 | N / A | N / A |
| 25-11282-amc | Yesica Paola Delvalle | 13 | 04/01/25 | N / A | N / A |
| 25-11378-amc | Monalisa Hamilton | 13 | 04/09/25 | N / A | N / A |
| 25-11539-pmm | Zoe Ivelisse Virella Bernard | 13 | 04/22/25 | N / A | N / A |
| 25-11587-amc | Heather Jane Bowers | 13 | 04/24/25 | N / A | N / A |
| 25-11772-djb | April L. Anderson | 13 | 05/05/25 | N / A | N / A |
| 25-11952-pmm | James S Wilk and Maria E Wilk | 13 | 05/16/25 | N / A | N / A |
| 25-12002-pmm | Christopher M. Smith | 13 | 05/20/25 | N / A | N / A |
| 25-12018-djb | Beth A Pincione | 13 | 05/21/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-12052-pmm | Daryl H. Burge | 13 | 05/23/25 | N / A | N / A |
| 25-12202-pmm | RoseMarie A Drydgen | 13 | 06/02/25 | N / A | N / A |
| 25-12246-amc | Julia Lapenson | 13 | 06/04/25 | N / A | N / A |
| 25-12292-djb | Robert J Taylor | 7 | 06/08/25 | N / A | N / A |
| 25-12341-amc | Dalisa Wilson and Kevin Wilson | 13 | 06/11/25 | N / A | N / A |
| 25-12357-pmm | Geraldine S Dow | 13 | 06/12/25 | N / A | N / A |
| 25-12362-amc | Gary W. Shepard | 13 | 06/12/25 | N / A | N / A |
| 25-12387-djb | Charles John Eder, Jr. | 13 | 06/13/25 | N / A | N / A |
| 25-12493-pmm | Esther Abraham Davis | 13 | 06/20/25 | N / A | N / A |
| 25-12500-amc | Frank Mignone and Michele Mignone | 13 | 06/20/25 | N / A | N / A |
| 25-12531-amc | Jacqueline C Cullison | 13 | 06/24/25 | N / A | N / A |
| 25-12549-djb | Madalynne A Aubry | 13 | 06/25/25 | N / A | N / A |
| 25-12615-pmm | Mark Edward Weida | 13 | 06/28/25 | N / A | N / A |
| 25-12691-pmm | Fernando Gomez Alvarez | 13 | 07/03/25 | N / A | N / A |
| 25-12914-djb | Cynthia Leigh Zimmerman | 13 | 07/21/25 | N / A | N / A |
| 25-13153-djb | James Richard Astbury | 13 | 08/07/25 | N / A | N / A |
| 25-13165-djb | Colleen M Davis | 13 | 08/07/25 | N / A | N / A |
| 25-13272-amc | Shalom Brownstein | 13 | 08/18/25 | N / A | N / A |
| 25-13341-pmm | Heather L Holliday | 13 | 08/22/25 | N / A | N / A |
| 25-13442-amc | Dennis Lee Stauffer and Deborah Anne White Stauffer | 13 | 08/29/25 | N / A | N / A |
| 25-13460-amc | Anthony W. Flacco, Jr. | 13 | 08/29/25 | N / A | N / A |
| 25-13498-pmm | Tracey R. Greenly | 13 | 09/03/25 | N / A | N / A |
| 25-13503-pmm | Christina Hess | 13 | 09/03/25 | N / A | N / A |
| 25-13741-amc | Veronica Dawes | 13 | 09/16/25 | N / A | N / A |
| 25-13757-amc | Sandra Perillo | 13 | 09/17/25 | N / A | N / A |
| 25-13774-amc | Evgenia Nigay | 13 | 09/17/25 | N / A | N / A |
| 25-13859-pmm | Henry Vivas | 13 | 09/23/25 | N / A | N / A |
| 25-13991-amc | Hayden Darrabie | 13 | 10/01/25 | N / A | N / A |
| 25-14001-amc | Silvana Masri | 13 | 10/02/25 | N / A | N / A |
| 25-14181-pmm | David Joseph Staiger and Barbara J Staiger | 13 | 10/15/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-14200-djb | Richard J. Capoferri | 13 | 10/16/25 | N / A | N / A |
| 25-14212-pmm | Jason A. Katz | 13 | 10/17/25 | N / A | N / A |
| 25-14306-pmm | David Horeb Gutierrez-Diaz | 13 | 10/24/25 | N / A | N / A |
| 25-14384-djb | Traci M. Smith | 13 | 10/29/25 | N / A | N / A |
| 25-14438-amc | Stacy A. Fox | 13 | 10/31/25 | N / A | N / A |
| 25-14536-djb | Rhodie D Fowler | 13 | 11/07/25 | N / A | N / A |
| 25-14622-amc | Natashia I Sanders | 13 | 11/13/25 | N / A | N / A |
| 25-14714-pmm | Melissa Ann Hammer | 13 | 11/19/25 | N / A | N / A |
| 25-14904-djb | Christopher Atkinson | 13 | 12/01/25 | N / A | N / A |
| 25-14934-amc | William L Burnett | 13 | 12/03/25 | N / A | N / A |
| 25-14998-djb | Helen M. Shiffler | 13 | 12/08/25 | N / A | N / A |
| 25-15111-pmm | Christopher Wenden and Michelle L Wenden | 13 | 12/15/25 | N / A | N / A |
| 26-10008-amc | Dominique M. Myers | 13 | 01/02/26 | N / A | N / A |
| 26-10046-djb | Terence Poulton and Shannon Poulton | 13 | 01/06/26 | N / A | N / A |
| 26-10126-djb | Erik Leroy Frazier and Karen L. Frazier | 13 | 01/12/26 | N / A | N / A |
| 26-10168-pmm | Marilyn Nieves Rosario | 13 | 01/15/26 | N / A | N / A |
| 26-10242-pmm | Christian Anthony Ruff and Amber Rose Renee Ruff | 13 | 01/21/26 | N / A | N / A |
| 26-10321-djb | Steven E. Weller and Sheila M. Weller | 13 | 01/27/26 | N / A | N / A |
| 26-10386-djb | Tiffany Denise Thornton-Bey | 13 | 01/30/26 | N / A | N / A |
| 26-10387-amc | Carl Wint | 13 | 01/30/26 | N / A | N / A |
| 26-10411-amc | Amira Stoney Thomas | 13 | 01/31/26 | N / A | N / A |
| 26-10413-amc | B & C Partners, LLC | 11 | 02/02/26 | N / A | N / A |
| 26-10498-amc | Anthony A DiRusso and Patricia T DiRusso | 13 | 02/07/26 | N / A | N / A |
| 26-10515-pmm | Tammie J. Laube | 13 | 02/10/26 | N / A | N / A |
| 26-10548-djb | Anton Shala and Vjollca Shala | 13 | 02/12/26 | N / A | N / A |
| 26-10725-djb | Anthony Cardone, III | 13 | 02/24/26 | N / A | N / A |
| 26-10831-amc | Luz B. Castro | 13 | 03/01/26 | N / A | N / A |
| 26-10857-djb | Nikel M. Couser | 13 | 03/03/26 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 26-10860-djb | Jeffrey Crockett | 7 | 03/03/26 | N / A | N / A |
| 26-11020-pmm | Melaina Josephine Wiker | 13 | 03/13/26 | N / A | N / A |
| 26-11036-pmm | Carl P. Ferraira, Jr. | 13 | 03/13/26 | N / A | N / A |
| 26-11047-amc | Sanjib Chakraborty | 13 | 03/13/26 | N / A | N / A |
| 26-11141-amc | Christine Patricia Bohannon | 13 | 03/19/26 | N / A | N / A |
| 26-11196-pmm | Hameen M. Butler | 13 | 03/25/26 | N / A | N / A |
| 26-11208-djb | Deanna L Smith and Robert T Smith | 13 | 03/25/26 | N / A | N / A |
| 26-11216-amc | Andre Lamont McMillan | 13 | 03/25/26 | N / A | N / A |
| 26-11264-pmm | Antoinette Lewis | 13 | 03/27/26 | N / A | N / A |
| 26-11314-djb | Jozsef Ferenc Vasarhelyl and Amber Lynn Meyer | 7 | 03/31/26 | N / A | N / A |
| 26-11339-djb | Mariela Maldonado Burgos | 13 | 03/31/26 | N / A | N / A |
| 26-11353-amc | Kevin Butts | 13 | 04/01/26 | N / A | N / A |
| 26-11362-djb | Maria D Isaacs | 13 | 04/01/26 | N / A | N / A |
| 26-11379-amc | Tracee Murray | 13 | 04/02/26 | N / A | N / A |
| 26-11501-pmm | Pedro Gonzalez, Jr and Melissa A. Gonzalez | 13 | 04/09/26 | N / A | N / A |
| 26-11503-djb | Michael J Holland | 13 | 04/09/26 | N / A | N / A |
| 26-11627-djb | Nicole A. McHugh | 13 | 04/17/26 | N / A | N / A |
| 26-11788-djb | Martha J Credille | 13 | 04/27/26 | N / A | N / A |
| 26-11966-djb | Anthony Lynch | 13 | 05/04/26 | N / A | N / A |
| 26-12001-pmm | Irina Rajput | 13 | 05/06/26 | N / A | N / A |
| 26-12044-pmm | Clint William Hicks and Briana Leigh Hicks | 13 | 05/08/26 | N / A | N / A |
| 26-12084-djb | Todd A Brown, Jr. | 13 | 05/12/26 | N / A | N / A |
| 26-12103-amc | Shrae M Pettey | 13 | 05/13/26 | N / A | N / A |
| 26-12136-pmm | Matthew Judge Sullivan | 7 | 05/15/26 | N / A | N / A |
| 26-12192-amc | Eric Brown | 11 | 05/20/26 | N / A | N / A |
| 26-12285-pmm | John B Steadman | 13 | 05/27/26 | N / A | N / A |
| 26-12436-pmm | Joseph J. Burnatowski | 13 | 06/04/26 | N / A | N / A |
| 26-12449-pmm | Eric A. Roda and Christina M. Roda | 13 | 06/05/26 | N / A | N / A |
| 26-12483-pmm | Morris W. Thomas, Sr. and Marlene R. Thomas | 13 | 06/08/26 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 26-12664-amc | Moune Soundara | 13 | 06/22/26 | N / A | N / A |
| 26-12692-pmm | Lisa K Gray | 13 | 06/24/26 | N / A | N / A |
| 26-12724-pmm | Laura Gill | 13 | 06/25/26 | N / A | N / A |
| 26-12748-djb | Charles Allen | 13 | 06/29/26 | N / A | N / A |
| 26-12816-amc | Gerald D Smith | 13 | 07/01/26 | N / A | N / A |
| 26-12890-djb | Gerald Ehresmann | 13 | 07/08/26 | N / A | N / A |
| 26-12894-amc | Rafael A. Brito, Jr. | 13 | 07/08/26 | N / A | N / A |
| 26-13224-pmm | Erica Patrice Grant and Sharon Joseph Grant | 13 | 07/31/26 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/01/2026 12:13:18 | | | |
| **PACER Login:** | jgoldman21 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Goldman FName: Josh Type: aty Open Cases: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |