United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11047-amc
Sanjib Chakraborty Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 16, 2026 Form ID: 155 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sanjib Chakraborty, 2524 Stoneybrook Ln, Drexel Hill, PA 19026-1610 |
| 15115315 | | Carter Fed, 123 W Main St, Dallas, TX 75208-1929 |
| 15115318 | | Connexus/Sol, Connexus Energy, Attn: Bankruptcy 14601, Ramsey, MN 55303 |
| 15162538 | + | RCAF Loan Acquisition, LP c/o, Selene Finance LP, BK Dept 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15134124 | | Email/Text: bnc@atlasacq.com | Sep 17 2026 00:58:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15115314 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 01:03:33 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15115316 | + | Email/Text: bankruptcy@cavps.com | Sep 17 2026 00:58:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 15143483 | + | Email/Text: bankruptcy@cavps.com | Sep 17 2026 00:58:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15115317 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2026 01:03:39 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15115319 | | Email/Text: mrdiscen@discover.com | Sep 17 2026 00:58:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15115320 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 17 2026 00:58:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15115321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2026 00:58:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15124212 | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 00:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15123195 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 01:03:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15128101 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2026 00:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15115322 | | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2026 00:58:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 15145111 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 01:03:34 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

| | | | | |
|---|---|---|---|---|
| 15115323 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2026 00:58:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15145957 | | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2026 00:58:00 | RCAF Loan Acquisition, LP, c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 15156853 | + | Email/Text: bkteam@selenefinance.com | Sep 17 2026 00:58:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15155650 | ^ | MEBN | Sep 17 2026 00:56:23 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Joshua I. Goldman, Esq, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 15115324 | | Email/Text: bankruptcynotices@sba.gov | Sep 17 2026 00:58:00 | U.S. Small Business Admin., Re: Bankruptcy, 409 3rd St SW, Washington, DC 20416-0011 |
| 15174210 | + | Email/Text: bankruptcynotices@sba.gov | Sep 17 2026 00:58:00 | U.S. Small Business Administration (SBA), CESC Legal Servicing -- Bankruptcy, Attn: Sharmian L. White, 14925 Kingsport Road, Ft. Worth, TX 76155-2243 |
| 15121824 | + | Email/Text: bkecf@padgettlawgroup.com | Sep 17 2026 00:58:00 | U.S.Bank Trust Company, C/O Joshua I. Goldman, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 15143693 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 17 2026 00:59:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 15115325 | ^ | MEBN | Sep 17 2026 00:56:20 | Westlake Portfolio Management, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST alyk.oflazian@padgettlawgroup.com |

| | |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, not in its individual capacity, but solely as trustee on behalf of BCAT 2022-26TT alyk.oflazian@padgettlawgroup.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sanjib Chakraborty help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Sanjib Chakraborty<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26−11047−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 15, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court