# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Sanjib Chakraborty,<br><br>Debtor. | Case No. 26-11047-AMC<br><br>Chapter 13 |

## Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor Sanjib Chakraborty, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by creditor U.S. Bank Trust National Association.

Date: October 7, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110) 1500
Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by U.S. Bank Trust National Association to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: October 7, 2026

/s/ Michael A. Cibik
Michael A. Cibik