**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Sanjib Chakraborty,**<br>**Debtor.**<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,**<br><br>**Movant,**<br>**v.**<br>**Sanjib Chakraborty,**<br>**Debtor/Respondent,**<br>**Mrinalini Chakravarthy,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 26-11047-amc**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this 6th day of Nov., 2026, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

______________________________

U.S. Bankruptcy Judge