United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Sanjib Chakraborty,<br><br>Debtor. | Case No. 26-11047-AMC<br><br>Chapter 13 |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 38, the “Motion”);

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 37) is **APPROVED**.

**Date:**

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge