# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Sanjib Chakraborty,<br><br>Debtor. | Case No. 26-11047-AMC<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on November 11, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan
- Motion to Modify Plan After Confirmation and Proposed Order
- Notice of Motion to Modify Plan After Confirmation

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 11, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Selene Finance LP**
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

### Method of Service: First Class Mail

**Westlake Financial**
Attn: Ian Anderson, CEO
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010